

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Antonio Christian Garcia DEFENDANT(S). | CASE NUMBER 17 CR 263 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __May 11__, ____, at __9:30__ ☒a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/8/17__                    _____
                                     U.S. District Judge/Magistrate Judge